UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS, CPR367,<br><br>Plaintiff,<br><br>v.<br><br>WEST LAW, et al.,<br><br>Defendant(s). | Case No. 19-cv-07163-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On November 5, 2019, the court denied plaintiff's application to proceed in forma pauperis (IFP) in connection with this prisoner action challenging the execution and printing of California Penal code section 290 because plaintiff: (1) has had three or more prior prisoner actions dismissed by a federal court on the grounds that they are frivolous, malicious or fail to state a claim upon which relief may be granted, and (2) is not seeking relief from a danger of serious physical injury which was imminent at the time of filing. Nov. 5, 2019 Order (ECF No. 3) at 1-2 (applying 28 U.S.C. § 1915(g)). But under the law of the circuit, the court afforded plaintiff 28 days to show cause why § 1915(g) does not bar IFP status for him or pay the requisite $400.00 filing fee. The court made clear that failure to show cause or pay the requisite $ 400.00 filing fee within the designated time would result in the dismissal of this action without prejudice to bringing it in a new paid complaint. Id. at 2.

More than 28 days have passed since the court's November 5, 2019 order and plaintiff has not shown cause, paid the requisite filing fee or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice to bringing in a new paid complaint. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 10, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST LAW, et al.,<br><br>    Defendants. | Case No. 3:19-cv-07163-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Ceaser Lewis ID: CPR367
Milpitas Corrections
701 S. Abel Street
Milpitas, CA 95035

Dated: December 10, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Lashanda Scott, Deputy Clerk to the
                                              Honorable CHARLES R. BREYER